UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| NARVIEZ V. ALEXANDER, ) | CASE NO.  3:10-CV-0429-RCJ-RAM |
| Plaintiff(s), ) | MINUTES OF THE COURT |
| vs. ) | DATED: FEBRUARY 23, 2011 |
| STATE OF NEVADA, et al., ) | |
| Defendant(s). ) | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE
Deputy Clerk: JENNIFER COTTER     Reporter: FTR: 8:59:45 a.m. - 9:14:57 a.m.
Counsel for Plaintiff(s): NARVIEZ ALEXANDER, In Pro Per (telephonically)
Counsel for Defendant(s): SUSAN LEE

PROCEEDINGS: MOTION HEARING

8:59 a.m. Court convenes.

The Court addresses each of the subject motions.

**Motion for Relief from this Court's Order and Request for Leave to Amend (Docket #12)**

The Court advises Plaintiff that the order to which this motion refers is an order signed by District Court Judge Jones.  Therefore, this Court cannot make a ruling on this today.  Following further discussion, Plaintiff is advised to file a supplemental motion outlining the issues brought up at this hearing.  Ms. Lee shall have the opportunity to respond, after which Judge Jones will decide the issue.

**Judicial Notice / Request for Issuance of Summons (Docket #18)**

The Court notes that an Acceptance of Service was filed on February 9, 2011.  Therefore, IT IS ORDERED that this motion is DENIED AS MOOT.

**Motion for Order Extending Copywork Limit (Docket #11)**

IT IS ORDERED that this motion is GRANTED.  Plaintiff shall be allowed an additional $30.00 in his copy limit for the purpose of litigating this case only.  If the mediation to be set proves unsuccessful, Plaintiff may file a one-page request for a further increase at that time.

9:14 a.m.  Court adjourns.

LANCE S. WILSON, CLERK
By: /s/
Deputy Clerk