

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NARVIEZ V. ALEXANDER, #44839 | ) ) ) |
| Plaintiff, | ) 3:10-cv-00429-RCJ-RAM ) |
| vs. | ) **ORDER** ) |
| STATE OF NEVADA, *et al.*, | ) ) |
| Defendants. | ) ) |

Plaintiff has filed a motion for temporary restraining order and preliminary injunctive relief (docket #s 29 and 30). However, the only potentially emergent allegations set forth in the motion pertain to an Eighth Amendment medical claim that he has not yet set forth in a complaint. In its Order dated April 18, 2011, the court directed plaintiff to set forth all claims he wishes to pursue, including this new Eighth Amendment medical claim, in a second amended complaint (docket #31). Accordingly, plaintiff's motion for preliminary injunctive relief shall be held in abeyance until plaintiff files his second amended complaint, which shall set forth all claims plaintiff seeks to pursue in this action.

**IT IS THEREFORE ORDERED** that plaintiff's motion for temporary restraining order and preliminary injunctive relief (docket #s 29 and 30) **SHALL BE HELD IN ABEYANCE** pending plaintiff's filing of a second amended complaint.

1  **IT IS FURTHER ORDERED** that defendants shall not file a response to plaintiff's motion for temporary restraining order and preliminary injunctive relief (docket #s 29 and 30) until further order from this court.

DATED: April 19, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

2