```
         FILED          RECEIVED
         ENTERED        SERVED ON
                COUNSEL/PARTIES OF RECORD

              DEC 1 0 2012

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

NARVIEZ V. ALEXANDER,

        Plaintiff,

v.

STATE OF NEVADA, *et al.*,

        Defendants.

3:10-CV-00429-RCJ-WGC

<u>O R D E R</u>

        The Court has considered the Report and Recommendation of United States Magistrate (ECF #79) entered on November 9, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Defendants' Motion for Summary Judgment (ECF #58), Plaintiff's Cross-Motion for Partial Summary Judgment (ECF #62) and Defendants' Partial Motion to Strike (ECF #70) be denied as moot. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

        ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #79).

        IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #58) is GRANTED and Plaintiff's Cross-Motion for Partial Summary Judgment (ECF #62) and Defendants' Partial Motion to Strike (ECF #70) be DENIED AS MOOT. The Clerk of the Court shall enter judgment accordingly.

        IT IS SO ORDERED this 10th day of December, 2012.

                                                        ROBERT C. JONES
                                                        UNITED STATES DISTRICT JUDGE