UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| NARVIEZ V. ALEXANDER, | ) | 3:10-cv-00429-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 16, 2014 |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Issuance of Summons.  Plaintiff requests the court to issue and serve summonses on unserved defendants Debra Brooks, Martin Dooley, James Fowler, Jeffrey Patterson, Anthony Scillia, Larry Wuest, Mr. Lamprich, "and John and Jane Does 1-10." (Doc. # 112.)

On October 10, 2014, the court issued an order for service upon defendants Brooks, Dooley, Fowler, Patterson and Scillia. (Doc. # 104.) Therefore, Plaintiff's motion with regard to these defendants is **DENIED AS MOOT.**

The order also noted that service would not be attempted on Larry Wuest as, according to Defendants' counsel, there is no current or former NDOC employee by that name. (*Id*.) Therefore, Plaintiff's motion is **DENIED** as to defendant Wuest.

Count  IX of Plaintiff's Complaint, which appears to be the only count wherein defendant "Mr. Lamprich" is identified, was dismissed with prejudice in the court's screening order. (Doc. # 9.) Plaintiff's motion requesting service on defendant Lamprich is **DENIED.**

 The court declines to issue and serve any defendants identified as "John and Jane Does 1-10." Plaintiff's motion with respect to service on these defendants is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>     /s/                              </u>
Deputy Clerk