UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NARVIEZ V. ALEXANDER, | 3:10-cv-00429-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendant. | |

Before the court is Plaintiff's Motion for Rehearing of Plaintiff's Request to Issue and Serve Summons. (Doc. # 115.)[1] The court interprets this as a request for reconsideration of the court's order (Doc. # 114) insofar as it denied Plaintiff's request for the issuance of a summons to defendant Lamprich. Plaintiff is correct that the court's prior order (Doc. # 114) erroneously relied on an out-of-date screening order, and did not take into account the court's subsequent orders (Docs. # 94, # 99) allowing Plaintiff to proceed with his retaliation claim in Count IX against defendant Lamprich. Accordingly, Plaintiff's motion for reconsideration (Doc. # 115) is GRANTED.

The Clerk is directed to ADD defendant Lamprich to the caption as a defendant in this matter.

The Attorney General's Office shall FILE A NOTICE WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER advising the court whether or not it will be accepting service on behalf of defendant Lamprich, and if not, filing a last known address under seal. If service is accepted on behalf of defendant Lamprich, an answer or other responsive pleading shall be filed within twenty-one days of the date the notice of acceptance of service is filed.

IT IS SO ORDERED.

DATED: November 3, 2014.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

---

[1] Refers to court's docket number.